| | | FILED |
|---|---|---|
| Submit this form by e-mail to: | | |
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | | 2025 NOV -6  AM 10: 58 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____ KM

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.  PLAINTIFF | 2:25-MJ-06750-DUTY |
| KATIUSKA DEL CARMEN CRUZ | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# 22513-512   DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/06/25 at _____ ☐ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 3184

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1978

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: _____ (please print)

12. Office Phone Number: 213-620-7676

13. Agency: US MARSHALS

14. Signature: [signature]

15. Date: 11/06/25

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION