# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-06750-DUTY |
| Katiuska Cruz | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of  __Defendant__ , IT IS ORDERED that a detention hearing is set for __November 12__ , __2025__ , at __2:00__  ☐ a.m. / ☒ p.m. before the Honorable __Charles F. Eick, U.S. Magistrate Judge__ , in Courtroom __750__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __11/6/25__

U.S. District Judge/Magistrate Judge