FILED
CLERK, U.S. DISTRICT COURT
11/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VMUN\_\_\_\_ DEPUTY

1  BILAL A. ESSAYLI
   First Assistant United States Attorney
2  IAN V. YANNIELLO
   Assistant United States Attorney
3  Chief, National Security Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:    John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

             UNITED STATES DISTRICT COURT

           FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE              No. 2:25-MJ-06750
EXTRADITION OF
                                  [~~Proposed~~] ORDER
KATIUSKA CRUZ,

A Fugitive from the
Government of the
Federal Republic of Germany.

    Upon consideration of the request of the United States for the detention of ~~fugitive~~ defendant KATIUSKA CRUZ ("CRUZ"), pending extradition proceedings, and good cause therefor appearing,

    IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

    1.  In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail.  See United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984).  The burden of showing that special circumstances exist

1 rests upon the ~~fugitive~~ \defendant\. See, e.g., Salerno, 878 F.2d at 317-18.
2 Here, \for the reasons stated on the record,\ the Court finds that no such "special circumstances" exist.
3     2. The government alternatively requests detention on the
4 grounds that CRUZ presents an unacceptable risk of flight, even if
5 the Court were to find that special circumstances are present. The
6 Court agrees that CRUZ is a flight risk.
7     The Court hereby finds no combination of conditions that will
8 reasonably assure:
9     a. ( ) the appearance of fugitive as required; and/or
10     b. ( ) the safety of any person or the community

*[Lines 3-10 struck through diagonally]*

16 IT IS SO ORDERED.
   It is further ordered that a transcript of the 11/12/25 hearing
17 be prepared and filed.

18 __11/12/25__
19 DATE                HONORABLE CHARLES F. EICK
                           UNITED STATES MAGISTRATE JUDGE

22 Presented by:

23 /s/ John J. Lulejian
   JOHN J. LULEJIAN
24 Assistant United States Attorney