# EXHIBIT



United States Department of State
Washington, D.C. 20520
January 12, 2026

Vaughn Ary
Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue, N.W.
Washington, DC 20530

    Attn:  Andrea Tisi Austin

    Re:  <u>Extradition of Guy Mizrachi/Tunde Benak/Ardeshir Seyed Akhavan/Medhat Mourid/Katiuska Cruz</u>

Dear Mr. Ary:

    On October 14, 2025, the Department of State received from the Government of Germany the formal requests for the extradition of Guy Mizrachi, Tunde Benak, Ardeshir Seyed Akhavan, Medhat Mourid, and Katiuska Cruz, who are wanted to stand trial for formation of a criminal organization abroad, computer fraud on a gang and commercial basis, and money laundering on a gang and commercial basis.

    The relevant and applicable treaty provisions in full force and effect between the United States and Germany are found in the Treaty between the United States of America and the Federal Republic of Germany Concerning Extradition, signed on June 20, 1978 (the "1978 Treaty"), the Supplementary Treaty to the 1978 Treaty, signed on October 21, 1986, and the Second Supplementary Treaty to the 1978 Treaty, signed on April 18, 2006. The Government of Germany submitted the extradition requests within the timeframe required by Article 16 of the 1978 Treaty.

    In each case, the United States subsequently requested additional information from the Government of Germany pursuant to Article 15 of the 1978 Treaty and requested the additional information be provided by January 2, 2026. The Government of Germany timely submitted an extension request via Diplomatic Note No. RK-531.41 SE MIZRACHI/BENAK/AKHAVAN/MOURID/CRUZ (Note Verbale 148/2025), and the United States granted this extension in accordance with Article 15(1) of the 1978 Treaty. The supplemental information is now due by no later than January 16, 2026.

      Please be assured that as soon as we have completed our review of the requests, including the additional information requested, we will submit the formal extradition requests together with our declarations to your office for forwarding to the court.

                                        Sincerely,

                                        *[signature]*

                                        Stacy Hauf  
                                        Attorney Adviser  
                                        Office of the Legal Adviser  
                                        Law Enforcement and Intelligence